# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 14, 2022

## NO. 03-21-00321-CV

**Employees Retirement System of Texas and
Minnesota Life Insurance Company, Appellants**

**v.**

**LaRae Walker, Appellee**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## REVERSED AND RENDERED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on June 15, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment affirming Employees Retirement System of Texas' final order. LaRae Walker shall pay all costs relating to this appeal, both in this Court and in the court below.